IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for | : | |
| OFFICE OF INSPECTOR GENERAL, | : | |
| UNITED STATES DEPARTMENT OF | : | |
| HOUSING & URBAN DEVELOPMENT | : | |
| | : | |
| v. | : | MISC. NO. 10-0205 |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | |

**O R D E R**

**AND NOW**, this  4th  day of February, 2011, upon consideration of The United States Government's Petition for judicial enforcement of an administrative subpoena issued by the Inspector General of the United States Department of Housing and Urban Development to the Philadelphia Housing Authority ("Respondent"), and all documents filed in support and opposition thereof, it is **ORDERED** as follows:

1. The Petition for Summary Enforcement of Inspector General Subpoena (ECF No. 1) is **GRANTED**; and

2. Respondent shall, within ten (10) calendar days of the date of this Order, produce documents sufficient to identify the first five digits of the Social Security numbers of the employees enumerated in the subpoena; and

3. Respondent shall confirm in writing that the responsive documents have been produced.

**IT IS SO ORDERED.**

                   **BY THE COURT:**

                   **/s/ _R. BARCLAY SURRICK, J._**